Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>Defendants. | NO. 2:18-CV-01847 MJP<br><br>SECOND STIPULATED MOTION AND PROPOSED ORDER TO STAY INITIAL SCHEDULING DATES<br><br>NOTED FOR CONSIDERATION: APRIL 4, 2019 |

**STIPULATED MOTION**

The above-named parties, by and through their attorneys of record, hereby request a 90-day stay of the all of the Scheduling Dates reflected on the Court's February 19, 2019 Order Granting Stipulated Motion to Stay Initial Scheduling Dates [Dkt. 16]. This stay is approved by all counsel's respective clients.

This stay of the Order is necessary to accommodate continuing resolution discussions between all parties.

The above-named parties respectfully request the Court to stay the deadlines in its February 19, 2019 Order for 90 days.

STIPULATED MOTION AND PROPOSED ORDER TO STAY INITIAL SCHEDULING ORDER- 1
NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

DATED this 4th day of April, 2019.

| | |
|---|---|
| **PETERSON | WAMPOLD ROSATO | FELDMAN | LUNA** | **BYRNES KELLER CROMWELL LLP** |
| */s/ Felix G. Luna*_____ <br> Felix G. Luna, WSBA No. 27087 <br> Tomás A. Gahan, WSBA No. 32779 <br> Attorneys for Plaintiffs <br><br> 1501 Fourth Avenue, Suite 2800 <br> Seattle, WA  98101 | */s/ Paul Taylor*_____ <br> Paul Taylor, WSBA No. 14851 <br> Attorneys for Defendants <br><br> 1000 Second Avenue, 38th Floor <br> Seattle, Washington 98104 |

**PUBLIC DEFENDER ASSOCIATION**

*/s/ Patricia Sully*_____
Patricia Sully, WSBA No. 50494
Prachi Dave, WSBA No. 50498
Attorneys for Plaintiffs

110 Prefontaine Place S, Suite 502
Seattle, WA 98104

## PROPOSED ORDER

THIS MATTER having come on duly and regularly before the undersigned Judge of the above-entitled court, and upon the agreement of counsel for all parties and the Court being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadlines in its February 19, 2019 Order [Dkt. 16] are stayed for 90 days.

The Clerk and/or Judicial Assistant shall issue a new Scheduling Order.

SO ORDERED this _____ day of February, 2019.

_____
Judge Marsha J. Pechman

STIPULATED MOTION AND PROPOSED
ORDER TO STAY INITIAL SCHEDULING
ORDER- 2
NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: April 4, 2019

*/s/ Dana Vizzare*
Dana Vizzare, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. 206-624-6800
Email: dana@pwrfl-law.com

STIPULATED MOTION AND PROPOSED ORDER TO STAY INITIAL SCHEDULING ORDER- 3
NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415