Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>Defendants. | NO. 2:18-CV-01847 MJP<br><br>ORDER TO STAY INITIAL SCHEDULING DATES |

**ORDER**

THIS MATTER having come on duly and regularly before the undersigned Judge of the above-entitled court, and upon the agreement of counsel for all parties and the Court being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadlines in its February 19, 2019 Order (Dkt. No. 16) are stayed for 90 days. This shall be the parties' final stay of deadlines in this matter.

The Clerk and/or Judicial Assistant shall issue a new Scheduling Order.

Dated April 5, 2019.

Marsha J. Pechman
United States District Judge

ORDER TO STAY INITIAL SCHEDULING DATES
NO. 2:18-CV-01847 MJP