Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>Defendants. | NO. 2:18-CV-01847 MJP<br><br>JOINT STATUS REPORT |

The parties certify that they held the initial conference of counsel required under Fed. R. Civ. P. 26(f) on July 12, 2019.  As a result of this conference the parties have consulted and developed this proposed discovery plan and status report.

Pursuant to Fed. R. Civ. P. 26(f)(3), and Local Civ. R. 16 and 26(f), and this Court's April 11, 2019 Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement, the parties jointly submit this Proposed Discovery Plan and Status Report, and request the Court set by order the dates proposed below for proceedings in this matter.

1. <u>Nature and complexity of the case:</u>

This case involves the City of SeaTac's municipal code provision pertaining permitted demonstrations and parades.  The Plaintiffs allege that the ordinance is impermissibly vague, that

JOINT STATUS REPORT - 1
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

it impermissibly authorizes the city to charge unreasonable and exorbitant fees for permitted events that impermissibly infringes on Plaintiffs' right to free speech and assembly and that the City impermissibly charged an unreasonable and exorbitant fee in this particular case.  The City denies Plaintiffs' allegations.

2. <u>Proposed deadline for joining additional parties</u>.  The parties proposed deadline for joining additional parties is September 2, 2019.

*3*. <u>Magistrate judge</u>.    The parties do not consent to having the case assigned to a magistrate judge.

4. <u>Proposed discovery plan addressing items set forth in FRCP 26(f)(3)</u>:

A. <u>Initial disclosures</u>.  **July 29, 2019**, per Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

B. <u>Subjects, timing, and potential phasing of discovery</u>.

a. <u>Subjects</u>: The parties will seek discovery regarding the facts, events and circumstances as alleged in the pleadings.

b. <u>Timing</u>: The parties have no suggestions outside of the court rules.

c. <u>Potential Phasing</u>: The parties have no suggestions outside of the court rules.

C. <u>Electronically Stored information ("ESI")</u>: The parties do not anticipate any ESI issues.

D. <u>Privilege issues</u>.  The parties do not anticipate that this action will involve the discovery of confidential, proprietary, or private information for which special protection may be warranted.  If such issues arise, then the parties will attempt to confer in good faith with respect to a stipulated protective order according to the local rules.

E. <u>Proposed limits on discovery</u>.  The parties do not anticipate the need to limit discovery other than the limits imposed by the court rules.

JOINT STATUS REPORT - 2
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415

F. <u>Discovery related orders</u>.  None expected at this time, and the parties agree to work in good faith to resolve discovery issues that may arise.

5. <u>The parties' views, proposals and agreements on the items set forth in LCR 26(f)(1)</u>:

   A. <u>Prompt case resolution</u>.  The parties agree to work cooperatively to resolve this case, if possible, in the most expedient manner possible.

   B. <u>Alternative dispute resolution ("ADR")</u>.  The parties agree to participate in mediation at least 30 days prior to the trial date.

   C. <u>Related cases</u>.  None at this time.

   D. <u>Discovery management</u>.  The parties agree to work cooperatively to manage discovery in a cost-efficient manner.

   E. <u>Anticipated discovery sought</u>.  Plaintiffs will seek discovery concerning all claims against Defendants.

   F. <u>Phasing motions</u>.  N/A

   G. <u>Preservation of discoverable information</u>.  The parties agreed to preserve discoverable information.

   H. <u>Privilege issues</u>.  None at this time, other than noted in 4.D. above.

   I. <u>Model Protocol for discovery of ESI</u>.  The parties agree to the model protocol for discovery of ESI.

   J. <u>Alternatives to Model Protocol</u>.  None.

6. <u>The date by which discovery can be completed</u>: The parties propose a discovery deadline of May 4, 2020.

7. <u>Bifurcation</u>: The parties do not believe bifurcation will be necessary.

8. <u>Pretrial statements and pretrial orders</u>: The parties do not believe that pretrial statements and the pretrial order should be dispensed.

9. <u>Other suggestions for shortening or simplifying the case</u>: None at this time.

10. <u>Date the case will be ready for trial</u>: July 13, 2020.

JOINT STATUS REPORT - 3
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

11. <u>Jury or non-jury</u>:  Plaintiff has demanded a jury.

12. <u>Total number of trial days required</u>: 5 trial days

13. <u>Names, addresses, and telephone numbers of trial counsel</u>.

**<u>Counsel for Plaintiffs</u>**
Felix Gavi Luna:  WSBA No. 27087
Tomas Gahan:     WSBA No. 32779
Peterson | Wampold | Rosato | Feldman | Luna
1501 Fourth Avenue, Suite 2800
Seattle, WA 98101-3677
Phone: 206-624-6800
Email: luna@pwrfl-law.com; gahan@pwrfl-law.com

And

Prachi Dave, WSBA No. 50498
Patricia Sully, WSBA No. 50494
The Public Defender Assoc.
110 Prefontaine Pl. S., Suite 502
Seattle, WA  98104
Phone:  206-392-0050
Email:  prachi.dave@defender.org
patricia.sully@defender.org

**<u>Counsel for Defendants</u>**
Paul R. Taylor:  WSBA No. 14851
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: 206-622-2000
Email: ptaylor@byrneskeller.com

14. <u>Dates on which trial counsel may have complications to be considered in setting a trial date</u>:

Plaintiff's counsel has the following trial conflicts:  None at this time from July 13, 2020 forward.

Defendant's counsel:  Same.

JOINT STATUS REPORT - 4
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415

15. <u>Report service and proposed scheduling</u>.  All parties have been properly served, so no proposed schedule for this purpose is needed.

16. <u>Does any party wish a scheduling conference before the court enters a scheduling order in the case</u>?  No

17. <u>Dates that nongovernmental corporate parties filed disclosure statements</u>:

DATED this 29th day of July, 2019.

| **PETERSON | WAMPOLD | ROSATO FELDMAN | LUNA**<br><br>/s/ *Felix G. Luna*<br>Felix G. Luna, WSBA No. 27087<br>Tomás A. Gahan, WSBA No. 32779<br>1501 Fourth Avenue, Suite 2800<br>Seattle, WA 98101-3677<br>Phone: 206-624-6800<br>Email:luna@pwrfl-law.com<br>gahan@pwrfl-law.com<br><br>And<br><br>s/ *Prachi Dave*<br>Prachi Dave, WSBA No. 50498<br>Patricia Sully, WSBA No. 50494<br>The Public Defender Assoc.<br>110 Prefontaine Pl. S., Suite 502<br>Seattle, WA  98104<br>Phone:  206-392-0050<br>Email:  prachi.dave@defender.org<br>patricia.sully@defender.org<br><br>*Attorneys for Plaintiffs* | **BYRNES KELLER CROMWELL LLP**<br><br>/s/ *Paul R. Taylor*_____<br>Paul R. Taylor, WSBA No. 14851<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: 206-622-2000<br>Email:ptaylor@byrneskeller.com<br><br>*Attorneys for Defendants* |

JOINT STATUS REPORT - 5
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**: July 29, 2019.

                                             */s/Dana Vizzare*
                                             Dana Vizzare, Paralegal
                                             1501 4th Avenue, Suite 2800
                                             Seattle, WA  98101
                                             Ph. 206-624-6800
                                             dana@pwrfl-law.com

JOINT STATUS REPORT - 6
CASE NO. 2:18-CV-01847 MJP

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415