Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>               Defendants. | NO. 2:18-CV-01847 MJP<br><br>STIPULATION AND [PROPOSED] ORDER |

The parties have been negotiating a resolution of this action. There is a proposal for resolution that will be presented to the SeaTac City Council for approval, at the latest, in its January 12, 2020, Council meeting. Accordingly, the parties request that this matter be taken off calendar pending the Council's action. The parties will file a supplemental report following the Council's meeting.

///

///

STIPULATION AND [PROPOSED]
ORDER - 1
CASE NO. 2:18-CV-01847 MJP

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this _____ day of December, 2019.

**PETERSON | WAMPOLD | ROSATO | FELDMAN | LUNA**

/s/ *Felix Luna*_____
Felix Luna, WSBA No. 27087

/s/ *Tomás Gahan*_____
Tomás Gahan, WSBA No. 32779
1501 Fourth Avenue, Suite 2800
Seattle, WA 98101-3677
Phone: 206-624-6800
Email: luna@pwrfl-law.com;
       gahan@pwrfl-law.com
*Attorneys for Plaintiff*

**BYRNES KELLER CROMWELL LLP**

/s/ *Paul R. Taylor*_____
Paul R. Taylor, WSBA No. 14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: 206-622-2000
Email: ptaylor@byrneskeller.com
*Attorneys for Defendants*

## **ORDER**

Based upon the above stipulation, all pending dates in this matter, including the trial date, are suspended. The parties are ordered to provide an update on the status of matters following the Council's consideration of the proposed resolution.

DATED this _____ day of December, 2019.

_____
Honorable Marsha J. Pechman

STIPULATION AND [PROPOSED]
ORDER - 2
CASE NO. 2:18-CV-01847 MJP

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000