UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATAC, et al., <br><br> Defendants. | CASE NO. C18-1847 MJP <br><br> ORDER STAYING CASE DEADLINES |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Suspend Pending Dates (Dkt. No. 23). Having reviewed the Motion, the Court will STAY the case until January 15, 2020. The Parties are ORDERED to report to the Court within seven (7) days of the SeaTac City Council meeting as to the status of settlement.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 6, 2019.

Marsha J. Pechman
United States District Judge

ORDER STAYING CASE DEADLINES - 1