Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>                  Plaintiffs,<br><br>v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>                  Defendants. | NO. 2:18-CV-01847 MJP<br><br>JOINT STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED: January 30, 2020 |

## **JOINT STIPULATION**

The parties stipulate and agree that this matter is resolved and may be dismissed with prejudice and without costs or fees to either party.

//
//
//
//
//
//
//

JOINT STIPULATION FOR ORDER OF DISMISSAL - 1
CASE NO. 2:18-CV-01847 MJP
143242 (002).docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

Dated this 30th day of January, 2020.

| | |
|---|---|
| **PETERSON | WAMPOLD ROSATO | FELDMAN | LUNA** | **BYRNES KELLER CROMWELL** |
| */s/Felix Gavi Luna* <br> */s/Tomás A. Gahan* <br> Felix Gavi Luna, WSBA No. 27087 <br> Tomás A. Gahan, WSBA No. 32779 <br> Attorneys for Plaintiff <br> 1501 4th Avenue, Suite 2800 <br> Seattle, WA 98101 <br> Ph. (206) 624-6800 <br> luna@pwrfl-law.com <br> gahan@pwrfl-law.com | */s/Paul R. Taylor* <br> Paul R. Taylor, WSBA No. 14851 <br> Attorneys for Defendants <br> 1000 2nd Ave Ste 3800 <br> Seattle, WA 98104-1062 <br> Ph. (206) 622-2000 <br> ptaylor@byrneskeller.cm |

## **ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

DATED this _____ day of January, 2020.

_____
Hon. Marsha J. Pechman

JOINT STIPULATION FOR ORDER OF DISMISSAL - 2
CASE NO. 2:18-CV-01847 MJP
143242 (002).docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**:  January 30, 2020

*/s/Dana Vizzare*
Dana Vizzare, Paralegal
1501 4th Avenue, Suite 2800
Seattle, WA  98101
Ph. 206-624-6800
dana@pwrfl-law.com

JOINT STIPULATION FOR ORDER OF
DISMISSAL - 3
CASE NO. 2:18-CV-01847 MJP
143242 (002).docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE:  (206) 624-6800
FAX:  (206) 682-1415