Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAMILIES BELONG TOGETHER - WASHINGTON COALITION and MOHAMMED KILANI,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE CITY OF SEATAC, and JEFF ROBINSON, AS AN INDIVIDUAL AND AS AN EMPLOYEE OF SEATAC,<br><br>               Defendants. | NO. 2:18-CV-01847 MJP<br><br>JOINT STIPULATION FOR ORDER OF DISMISSAL<br><br>NOTED: January 30, 2020 |

## **JOINT STIPULATION**

The parties stipulate and agree that this matter is resolved and may be dismissed with prejudice and without costs or fees to either party.

//

//

//

//

//

//

JOINT STIPULATION FOR ORDER OF
DISMISSAL - 1
CASE NO. 2:18-CV-01847 MJP
18-1847 Families Belong Together v. City of SeaTac Stip. Order of
Dismissal.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

//

Dated this 30th day of January, 2020.

| **PETERSON | WAMPOLD ROSATO | FELDMAN | LUNA** | **BYRNES KELLER CROMWELL** |
|---|---|

*/s/Felix Gavi Luna*
*/s/Tomás A. Gahan*
Felix Gavi Luna, WSBA No. 27087
Tomás A. Gahan, WSBA No. 32779
Attorneys for Plaintiff
1501 4th Avenue, Suite 2800
Seattle, WA 98101
Ph. (206) 624-6800
luna@pwrfl-law.com
gahan@pwrfl-law.com

*/s/Paul R. Taylor*
Paul R. Taylor, WSBA No. 14851
Attorneys for Defendants
1000 2nd Ave Ste 3800
Seattle, WA 98104-1062
Ph. (206) 622-2000
ptaylor@byrneskeller.cm

### **ORDER**

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 3rd day of February, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

JOINT STIPULATION FOR ORDER OF
DISMISSAL - 2
CASE NO. 2:18-CV-01847 MJP
18-1847 Families Belong Together v. City of SeaTac Stip. Order of
Dismissal.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**Dated**:

                                           */s/Dana Vizzare*
                                           Dana Vizzare, Paralegal
                                           1501 4th Avenue, Suite 2800
                                           Seattle, WA 98101
                                           Ph. 206-624-6800
                                           dana@pwrfl-law.com

JOINT STIPULATION FOR ORDER OF
DISMISSAL - 3
CASE NO. 2:18-CV-01847 MJP
18-1847 Families Belong Together v. City of SeaTac Stip. Order of Dismissal.docx

Peterson | Wampold
Rosato | Feldman | Luna
1501 FOURTH AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3677
PHONE: (206) 624-6800
FAX: (206) 682-1415